UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS WHITMAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.  5:24-cv-533 |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEVELOPMENT CORP. | ) | |
| d/b/a AKRO-PLASTICS, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION FOR DISMISSAL

1.      Plaintiff, Nicholas Whitman, and Defendant, U.S. Development Corp., doing business as Akro-Plastics, (together, the "Parties"), hereby jointly move for the dismissal of the Complaint in the above-captioned civil action under Rule 41(a)(2) of the Federal Rules of Civil Procedure because the Parties have agreed to the Settlement Agreement attached hereto that fully resolves their underlying dispute.

2.      Pursuant to the Settlement Agreement, the Parties jointly move the Court to dismiss the Complaint with prejudice, while retaining jurisdiction to enforce the terms of the Settlement Agreement.

3.      Each Party shall bear its own costs and attorneys' fees.

4.      The Settlement Agreement and a proposed order for dismissal consistent with this joint motion are also attached to this motion.

Respectfully submitted, this 21st day of March, 2024.

1

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

KAREN D. WOODARD
Chief

By:           /s/    *Joseph J. Sperber IV*
CLARE F. GELLER
(NY Registration No. 4087037)
Deputy Chief
JOSEPH J. SPERBER IV
(NY Bar No. 2662526)
Trial Attorney

U.S. Department of Justice
Civil Rights Division
Employment Litigation Section
950 Pennsylvania Avenue, N.W.
4CON Building, Room 9-1130
150 M Street, N.E.
Washington, DC  20530
Telephone:  (202) 598-9249
Facsimile:  (202) 514-1005
E-mail:   joseph.sperber@usdoj.gov

REBECCA C. LUTZKO
United States Attorney

PATRICIA FITZGERALD
Chief, Civil Division

U.S. Attorney's Office for the
Northern District of Ohio
2 South Main Street
Akron, Ohio  44308
Email:  patricia.fitzgerald2@usdoj.gov

FOR PLAINTIFF NICHOLAS WHITMAN

   /s/   *Karen Soehnlen McQueen*   */by/ JJS*
Karen Soehnlen McQueen, Esq.
Krugliak, Wilkins, Griffiths
& Dougherty, Co., L.P.A.
4775 Munson Street, N.W.
Canton, OH  44718
Telephone: (330) 497-0700
Email: kmcqueen@kwgd.com

COUNSEL FOR DEFENDANT U.S.
DEVELOPMENT CORP., D/B/A AKRO-
PLASTICS

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2024, I electronically filed the Parties' Joint Motion for Dismissal via the CM/ECF system, which will cause a copy to be served on all counsel of record.

Karen Soehnlen McQueen, Esq.
Krugliak, Wilkins, Griffiths
& Dougherty, Co., L.P.A.
4775 Munson Street, N.W.
Canton, OH  44718
Email: kmcqueen@kwgd.com

Dated:  March 21, 2024.

/s/  *Joseph J. Sperber IV*
Joseph J. Sperber IV

Attorney for Plaintiff
Nicholas Whitman
