UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS WHITMAN, | ) |
| Plaintiff, | ) Civil Action No. 5:24-cv-533 |
| v. | ) |
| U.S. DEVELOPMENT CORP. d/b/a AKRO-PLASTICS, | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR DISMISSAL**

Upon the Joint Motion of Plaintiff, Nicholas Whitman, and Defendant, U.S. Development Corp., doing business as Akro-Plastics, (together, the "Parties") (ECF No. 2) to dismiss this case in light of the Settlement Agreement (attached to that Joint Motion) reached by the Parties that resolves their dispute;

It is hereby ORDERED that the Complaint in this matter is DISMISSED WITH PREJUDICE and that this Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

Dated: _____

_____
United States District Judge